IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

Kenard E. Johnson, )
    Plaintiff, )
)
v. ) 1:07cv327 (LMB/LO)
)
Tim Kaine & Alexander Taylor, )
    Defendants. )

## ORDER

Kenard Johnson, a federal inmate proceeding pro se, has filed a civil rights action, pursuant to 42 U.S.C. § 1983, and an application to proceed in forma pauperis. Plaintiff provided information on his inmate account indicating that he received a deposit of $1,622.20 to his account on January 31, 2007 and had a balance of $842.49 as of March 7, 2007. Thus, plaintiff does not qualify to proceed in forma pauperis.

Accordingly, it is hereby

ORDERED that the plaintiff's application to proceed in forma pauperis (Docket # 2) be and is DENIED; and it is further

ORDERED that the petition be and is DISMISSED WITHOUT PREJUDICE with leave to submit to this Court the required filing fee of $350.00 within thirty (30) days of the date of this Order. Should plaintiff submit the full filing fee within thirty (30) days, the Clerk shall reopen the petition.

To appeal, plaintiff must file a written notice of appeal with the Clerk's Office within thirty (30) days of the date of this Order. A written notice of appeal is a short statement stating a desire to appeal this Order and noting the date of the Order plaintiff wants to appeal. Plaintiff

need not explain the grounds for appeal until so directed by the court.

The Clerk is directed to send a copy of this Order to plaintiff.

Entered this 23rd day of April 2007.

/s/
Leonie M. Brinkema
United States District Judge

Alexandria, Virginia